# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IOAN LUPAS and MARIA LUPAS,

      Plaintiffs,

vs.

U.S. BANK, N.A. as Trustee for the Structured
Asset Investment Loan Trust, 2006-BNC3,

      Defendant.

Case No: 2:11-cv-14584-RHC-RSW

Honorable Robert H. Cleland

Magistrate Judge R. Steven Whalen

| Adam J. Gantz (P58558) | Robert Hugh Ellis (P72320) |
|---|---|
| John B. Burcham (P45079) | **DYKEMA GOSSETT PLLC** |
| **GANTZ ASSOCIATES** | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 400 Renaissance Center |
| 27750 Middlebelt Road, Suite 100 | Detroit, MI 48243 |
| Farmington Hills, MI 48334 | (313) 568-5448 |
| (248) 886-9006 | rellis@dykema.com |
| agantz@gantzassociates.com | |
| jburcham@gantzassociates.com | |

## STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEYS

      IT IS HEREBY ORDERED that Robert Hugh Ellis and the law firm of Dykema Gossett PLLC is substituted in the place of Christian R. Biasell and the law firm of Orlans Associates P.C. as attorneys for Defendant U.S. Bank, N.A. as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3 in the above-captioned matter.

          s/Robert H. Cleland
          U.S. District Court Judge

Dated: 11/7/2011

SO STIPULATED:

| | |
|---|---|
| DYKEMA GOSSETT PLLC | ORLANS ASSOCIATES P.C. |
| /s/ Robert Hugh Ellis | /s/ Christian R. Biasell. |
| Robert Hugh Ellis (P72320) | Christian R. Biasell |
| 400 Renaissance Center | P.O. Box 5041 |
| Detroit, MI  48243-1668 | Troy, MI 48007-5041 |
| (313) 568-6800 | 248-502-1400 |
| rellis@dykema.com | cbiasell@orlans.com |