## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IOAN LUPAS and MARIA LUPAS,

      Plaintiffs,

                                        Case No: 2:11-cv-14584-RHC-RSW

vs.

                                        Honorable Robert H. Cleland

U.S. BANK, N.A. as Trustee for the Structured
Asset Investment Loan Trust, 2006-BNC3,        Magistrate Judge R. Steven Whalen

      Defendant.

| | |
|---|---|
| Adam J. Gantz (P58558) | Robert Hugh Ellis (P72320) |
| John B. Burcham (P45079) | **DYKEMA GOSSETT PLLC** |
| **GANTZ ASSOCIATES** | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 400 Renaissance Center |
| 27750 Middlebelt Road, Suite 100 | Detroit, MI 48243 |
| Farmington Hills, MI 48334 | (313) 568-5448 |
| (248) 886-9006 | rellis@dykema.com |
| agantz@gantzassociates.com | |
| jburcham@gantzassociates.com | |

## STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEYS

      IT IS HEREBY ORDERED that Robert Hugh Ellis and the law firm of Dykema Gossett

PLLC is substituted in the place of Christian R. Biasell and the law firm of Orlans Associates

P.C. as attorneys for Defendant U.S. Bank, N.A. as Trustee for the Structured Asset Investment

Loan Trust, 2006-BNC3 in the above-captioned matter.


                                   __s/Robert H. Cleland
                                    U.S. District Court Judge

Dated: 11/7/2011

SO STIPULATED:

DYKEMA GOSSETT PLLC                    ORLANS ASSOCIATES P.C.

/s/ Robert Hugh Ellis_____    /s/ Christian R. Biasell._____
Robert Hugh Ellis (P72320)             Christian R. Biasell
400 Renaissance Center                 P.O. Box 5041
Detroit, MI  48243-1668                Troy, MI 48007-5041
(313) 568-6800                         248-502-1400
rellis@dykema.com                      cbiasell@orlans.com