UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IOAN LUPUS and MARIA LUPAS,

    Plaintiffs,

v.                                               Case No. 11-14584

U.S. BANK, as Trustee for the Structured Asset
Investment Loan Trust, 2006-BNC3,

    Defendant.

                                                          /

**ORDER SETTING BRIEFING SCHEDULE**

On December 6, 2011, the court conducted a scheduling conference with counsel for Plaintiffs and Defendant.  Defendant's counsel indicated that he intended to file a dispositive motion on the pleadings in short order.  Counsel for both parties agreed that the most efficient way to proceed was to refrain from issuing a scheduling order until adjudication of Defendant's motion.  In the interim, the parties may, if they wish, engage in discovery that is not supervised or enforced by the court.  As agreed at the conference, the court here sets the motion briefing schedule.

IT IS ORDERED that Defendant is DIRECTED to file its motion by **January 6, 2012**.  Plaintiffs shall file a response in opposition to Defendant's motion, by **January 23, 2012**.  Finally, any reply shall be filed by **February 1, 2012**.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 12, 2011, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522