UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IOAN LUPAS and MARIA LUPAS,

    Plaintiffs,

v.                                           Case No. 11-14584

U.S. BANK, N.A., as Trustee for the Structured
Asset Investment Loan Trust, 2006-BNC3,

    Defendant.
                                                  /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Judgment on the Pleadings" dated August 30, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant U.S. Bank, N.A., and against Plaintiffs Ioan and Maria Lupas. Dated at Detroit, Michigan, this 30th day of August 2012.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                   s/ Lisa Wagner
                                            By: Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland